96

granted. The decision of the United States Navy-Marine Corps Court of Criminal Appeals and the action of the convening authority are hereby set aside. The case is returned to the Judge Advocate General of the Navy for submission to an appropriate convening authority for a new post-trial review and action.

No. 12–0203/AR. U.S. v. Jacob A. Racine. CCA 20100021. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2012.

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States of America and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above-referenced case, and that Senior Judge Effron has consented to perform judicial duties in said case under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).